**IN THE UNITED STATES DISTRICT COURT
FOR WESTERN THE DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION**

| | |
|---|---|
| LABORERS' COMBINED FUNDS OF WESTERN PENNSYLVANIA, as agent for PAUL QUARANTILLO and JOHN C. BUSSE, trustees ad litem, LABORERS' DISTRICT COUNCIL OF WESTERN PENNSYLVANIA WELFARE AND PENSION FUNDS, WESTERN PENNSYLVANIA HEAVY & HIGHWAY CONSTRUCTION ADVANCEMENT and the LABORERS' DISTRICT COUNCIL OF WESTERN PENNSYLVANIA and its affiliated local unions, | Civil Case No. 07 cv 0205 <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

                    Plaintiffs,

        v.

SPINIELLO CONSTRUCTION COMPANY,

                    Defendant.

**THIS MATTER** having been amicably resolved by the parties to the above captioned matter, through the execution of a Settlement Agreement and General Release, it is hereby stipulated and agreed by and between the parties that the above Complaint and all claims contained therein be and are hereby dismissed with prejudice and without costs to either side.

   **STIPULATED AND AGREED** to this date:

TUCKER ARENSBERG, P.C.
Attorneys for Plaintiffs


By: _____
   JEFFREY J. LEACH
   1500 One PPG Place
   Pittsburgh, PA 15222
   Tel:   (412) 566-1212
   Fax:   (412) 594-5619

BRESSLER AMERY & ROSS, P.C.
Attorneys for Defendant
SPINIELLO CONSTRUCTION COMPANY


By: _____  10-1-2007
   JED L. MARCUS
   325 Columbia Turnpike
   Florham Park, New Jersey 07932
   Tel:   (973) 514 - 1200
   Fax    (973) 514 - 1660
   jmarcus@bressler.com

8

Date: September __, 2007                    Dated: September ___, 2007

IT IS ON THIS ___ DAY OF _____ 2007, **SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

9